UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE OGRIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EVERGREEN PROFESSIONAL RECOVERIES, INC., and SUMMER DOE,<br><br>　　　　Defendants. | NO. CV-13-00264-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

　　　Pursuant to the Stipulated Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P. 41 (ECF No. 13), the Clerk of this court shall enter judgment of dismissal of the Complaint and the claims therein with prejudice and without costs or attorneys fees to any party.

　　　**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and Judgment, furnish copies to counsel, and close this file.

　　　**DATED** this 29th day of November, 2013.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1